UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   **15-20416-CR-KING**

UNITED STATES OF AMERICA,
              Plaintiff,

vs.                                                    **CHANGE OF PLEA MINUTES**
                                                       **AND DEFENDANT'S WAIVER**
**LOURDES MORA**                                       **TO APPEAR BEFORE U.S.**
                                                       **DISTRICTJUDGE**
              Defendant.
_____/

On   **Thursday August 27, 2015**   the above-named defendant appeared in person

before the **Honorable Barry L. Garber,** United States Magistrate Judge, with

counsel **Louis V. Martinez, Retained** , and the said defendant stated in open court that he

desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to

Count(s) ____**I**____ of the Indictment/Information.  After the defendant was duly sworn, the

Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea,

accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:
(X)     Defendant waived his/her right to appear before an Article III U.S. District Court
        Judge and consented to appear before a U.S. Magistrate Judge.

(X)     The Court shall recommend to the U.S. District Court Judge that the defendant's
        plea shall be accepted.

( )     The Court proceeded to pronounce sentence.

**(X)     The Court set sentencing before Judge James Lawrence King at the Miami Division on
Thursday, November 12, 2015 at 10:00 AM. In Courtroom II, Eleventh Floor.**

(X)     The defendant was allowed to remain on present bond until Sentencing.

( )     The defendant was remanded to the custody of the U.S. Marshal until a $_____bond is
        posted.

( )     The defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

BARRY L. GARBER
**UNITED STATES MAGISTRATE JUDGE**

**AUSA signature:**

**Defense signature:**                              **Defendant signature:**

**Court Reporter:** Stephanie McCann
**Time in court:** 2-0 minute             **Courtroom Deputy:   Tammy Blakely**
                                          **Language:   ENGLISH**