UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20416-CR-King

UNITED STATES OF AMERICA,

vs.

LOURDES MORA,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around February 2008, and continuing until in or around at least December 2010, the defendant, Lourdes Mora ("Mora" or the "defendant"), knowingly and willfully conspired and agreed with others to commit health care fraud, in violation of 18 U.S.C. § 1349. Medicare is a "health care benefit program" of the United States, as defined in 18 U.S.C. § 24. Furthermore, Medicare is a health care benefit program affecting commerce.

In Miami-Dade County, Florida, three community mental health centers—R&S Community Mental Health, Inc. ("R&S"), St. Theresa Community Mental Health Center, Inc. ("St. Theresa"), and New Day Community Mental Health Center, LLC ("New Day")—purported to provide partial hospitalization program ("PHP") services to individuals suffering from mental illness. In reality, the majority of the patients attending R&S, St. Theresa, and New Day did not qualify for PHP treatment and/or receive genuine PHP services.

Mora was a licensed mental health counselor in the State of Florida, and worked as a therapist at R&S, St. Theresa, and New Day. Mora purported to provide intensive PHP therapy

1

to mental health patients when, in fact, the majority of the patients she treated at R&S, St. Theresa, and New Day did not qualify for PHP treatment and/or receive genuine PHP services.

Mora and her co-conspirators at R&S, St. Theresa, and New Day fabricated patient records, including group therapy session notes, to make it appear that patients needed PHP services, qualified for PHP services, and received PHP services, when, in fact, such services were not medically necessary and/or not provided.

Between approximately February 2008 and December 2010, R&S, St. Theresa, and New Day submitted approximately $68 million in false and fraudulent claims to Medicare, and were paid approximately $27 for those claims.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 3/4/15

LOURDES MORA
DEFENDANT

DATE: 3/4/15

LOUIS V. MARTINEZ, ESQ.
COUNSEL FOR LOURDES MORA